ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at 2 o'clock and 90 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 00-00182SOM-02 |
| ) | |
| FRANCISCO MORA-GARCIA, ) | |
| aka "Pancho" ) | |
| ) | |

ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Guadalajara, Mexico, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 3/5/2006 through on or about 3/20/2006.

Dated: February 8, 2006 at Honolulu, Hawaii.

_____
SUSAN OKI MOLLWAY
U.S. District Judge